Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Application of MURRAY HULBERT, Appellant, for a Peremptory Mandamus Order against CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM JAY SCHIEFFELIN, Respondent, v. WILLIAM J. LAHEY and Others, Appellants.— Judgment and order affirmed, with costs, on the authority of *Schieffelin* v. *Dolan* (204 App. Div. 351) and *Schieffelin* v. *Enright* (200 id. 312). Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM JAY SCHIEFFELIN, Appellant, v. WILLIAM J. LAHEY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Schieffelin* v. *Dolan* (204 App. Div. 351) and *Schieffelin* v. *Enright* (200 id. 312). Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE AMERICAN SUGAR REFINING COMPANY, Appellant, v. MAX COHN, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that a question of fact was presented which should have been submitted to the jury. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSADDOR ALI, Appellant.— Judgment reversed and a new trial ordered on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Widening of East 161st Street, etc., in the Twenty-third Ward, Borough of The Bronx, City of New York. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL QUANDT, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissents and votes for reversal of so much of the judgment as convicts defendant of the crime of operating a motor vehicle while in an intoxicated condition.

CELIA GLICKSTEIN, Appellant, v. DAVID SPERO, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Burr, JJ.

ELLIOT V. WALTER, Respondent, v. FIRST CONSTRUCTION COMPANY OF BROOKLYN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Burr, JJ.

CHARLES E. BALTHAZAR, Respondent, v. MARIE DUQUER and Others, Respondents, Impleaded with JEANNE M. SCHNABEL, etc., Individually and as Administratrix, etc., of DANIEL J. RAMEL, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Burr, JJ.

ANNA R. SCHUTTE, Appellant, v. CHRIS. G. HUPFEL, as Administrator, etc.,